No. 65275.—Bar-Zel Expediters et al. *v.* United States, protests 320475–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65276.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 322705–K, etc. (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65277.—Wedemann & Godknecht, Inc. *v.* United States, protest 60/19064 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

BEFORE THE THIRD DIVISION, MARCH 14, 1961

No. 65278.—General Wine & Spirits Company *v.* United States, protest 60/18292 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.